# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 11, 2019

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 19-12076-K
Case Style: Altius Willix v. USA
District Court Docket No: 8:19-cv-00866-RAL-JSS
Secondary Case Number: 8:16-cr-00211-RAL-JSS-1

The referenced appeal was dismissed on 08/08/2019.

Appellant's motion to reinstate this appeal has been clerically granted.

We have received a copy of the order of the district court declining to issue a certificate of appealability. Rule 22(b) of the Federal Rules of Appellate Procedure provides in part:

The notice of appeal will be treated as a request for a certificate of appealability unless appellant files such a request within fourteen (14) days from the date of this letter.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lee Aaron, K
Phone #: 404-335-6172

REINST-1 Appeal Reinstated