# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 19, 2019

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 19-12076-B
Case Style: Altius Willix v. USA
District Court Docket No: 8:19-cv-00866-RAL-JSS
Secondary Case Number: 8:16-cr-00211-RAL-JSS-1

The enclosed copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

All pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Craig Stephen Gantt, B
Phone #: 404-335-6170

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-12076-B

_____

ALTIUS WILLIX,

                                         Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                                         Respondent-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER:

Altius Willix moves for a certificate of appealability ("COA") in order to appeal the dismissal of his 28 U.S.C. § 2255 motion to vacate. To merit a COA, he must show that reasonable jurists would find the merits of an underlying claim debatable. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 478 (2000). Because Willix has failed to satisfy the *Slack* test for his claims, his motion for a COA is DENIED.

Willix's motion for leave to proceed *in forma pauperis* is DENIED AS MOOT.

                                                              _____
                                                              UNITED STATES CIRCUIT JUDGE